## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARLA BROWN,<br>   *Plaintiff* | : CIVIL ACTION NO:<br>:<br>: |
| vs. | : JUDGE:<br>: |
| STATE FARM FIRE AND CASUALTY COMPANY,<br>   *Defendant* | :<br>: MAGISTRATE JUDGE:<br>: |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendant, ***State Farm Fire and Casualty Company*** ("State Farm"), who, pursuant to *28 U.S.C. § 1441 and 1446*, and with full reservation of rights, respectfully submits this Notice of Removal to the United States District Court for the Middle District of Louisiana, and avers that the above-captioned matter is being removed to this Court for the reasons set forth below:

1.

On or about August 9, 2023, Plaintiff, **Darla Brown**, filed the instant civil action in the 23rd Judicial District Court, Parish of Ascension, State of Louisiana, styled *"Darla Brown vs. State Farm Fire and Casualty Insurance Company,"* Docket No. C-137,834 B.

2.

The following is a list of the parties involved in the case and the parties' attorneys:

    **Darla Brown**
    Represented by:
    **SYE J. BROUSSARD #33035**
    **Broussard & Dove, APLC**
    (985) 868-4800
    7605 Park Avenue
    Houma, LA 70364
    Email: Sye@BroussardDoveLaw.com

**State Farm Fire and Casualty Company**
Represented by:
**CHRISTOPHER P. IEYOUB, #16978**
**V. ED MCGUIRE, III, #23861**
**KAREN M. GREEN #39723**
Plauché, Smith & Nieset, L.L.C.
1123 Pithon Street
P.O. Drawer 1705
Lake Charles, LA  70601
Phone:  (337) 436-0522
Fax:  (337) 436-9637
Email: cieyoub@psnlaw.com
emcguire@psnlaw.com
kgreen@psnlaw.com

3.

Defendant, State Farm, was served with the Petition for Damages in this matter on October 9, 2023. Therefore, this Notice of Removal is timely pursuant to 28 U. S. C. § 1446(b).

4.

Pursuant to *28 U.S.C. § 1446(b)* and *28 U.S.C. § 1332(a)(1)*, there is complete diversity of citizenship between the properly joined parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, if any.

5.

At the time of the filing of Plaintiff's *Petition for Damages*, Plaintiff was domiciled in the city of St. Amant, Ascension Parish, Louisiana, and thus is a citizen of the State of Louisiana for purposes of *28 U.S.C. § 1332*.

6.

At the time of the filing of the *Petition for Damages*, and at all times relevant to these proceedings, Defendant, *State Farm*, was, and remains, an Illinois Corporation, with its principal place of business in Bloomington, Illinois, and is thus a citizen of the State of Illinois for purposes of *28 U.S.C. § 1332*.  Accordingly, complete diversity exists between Plaintiff and Defendant, *State Farm*.

7.

Plaintiff's Petition for Damages alleges a breach of contract claim against State Farm Fire and Casualty Company for its alleged failure to properly pay Plaintiff for the loss according to the policy of insurance between the parties, and that, as a result they are entitled to damages, bad faith penalties and attorney fees. *See Exhibit A - Petition for Damages.*

8.

Plaintiff's Petition for Damages further alleges the cost to repair the insured dwelling is estimated to be **$105,363.26** and an additional **$779.99** to repair the other structures. See *Exhibit A - Petition for* Damages, *¶12*; *see also Exhibit B - Public Adjusters estimate*.

9.

When taking into account Plaintiff's allegations that he is owed $106,143.25, plus penalties and attorney fees, Defendant avers Plaintiff's claim meets the jurisdictional limit required for removal.

10.

For the purpose of this removal, it is "facially apparent" that the amount in controversy exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

11.

Since complete diversity of citizenship exists between Plaintiff and Defendant, and since it is apparent that the amount in controversy can be expected with reasonable certainty under Louisiana law to exceed $75,000.00, this Honorable Court has jurisdiction over the subject matter of the claim filed by Plaintiff, **Darla Brown,** pursuant to *28 U.S.C. 1332*. Accordingly, the action is properly removed to this Court pursuant to the provisions of *28 U.S.C. § 1441*.

12.

Written notice of the filing of this Notice of Removal and of the Removal of the above-captioned action is being delivered to Plaintiff through her counsel of record. A copy of this Notice of Removal will be filed promptly with the Clerk of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

\* \* \* \* \*

WHEREFORE, Defendant, *State Farm Fire and Casualty Company*, prays that:

1. This Notice of Removal be deemed good and sufficient; and
2. The referenced *Petition for Damages* be removed from the 23rd Judicial District Court, Parish of Ascension, Louisiana, to this Honorable Court for further proceedings.

THEREAFTER, Defendant prays that this action proceed as if the litigation had been commenced originally in this Court.

Respectfully submitted:

**PLAUCHÉ, SMITH & NIESET, L.L.C.**

By:   */s/ Karen M. Green*
**CHRISTOPHER P. IEYOUB, #16978**
**V. ED MCGUIRE, III, #23861**
**KAREN M. GREEN, #39723**
**Plauché, Smith & Nieset, L.L.C.**
1123 Pithon Street
P.O. Drawer 1705
Lake Charles, LA 70601
Phone: (337) 436-0522
Fax: (337) 436-9637
Email: cieyoub@psnlaw.com
             emcguire@psnlaw.com
             kgreen@psnlaw.com
*Attorneys for Defendant,*
*STATE FARM FIRE AND CASUALTY COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November 2023, a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent to counsel of record via electronic mail, facsimile, hand-delivery with signed receipt, and/or United States Mail, postage prepaid and properly addressed.

By: */s/ Karen M. Green*
**KAREN M. GREEN**