UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLA BROWN | : | CIVIL ACTION NO. 3:23-cv-01577 |
| VS. | : | JUDGE SHELLY D. DICK |
| STATE FARM GENERAL INSURANCE COMPANY | : | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through his undersigned counsel of record, come Plaintiff, **DARLA BROWN**, and Defendant, **STATE FARM GENERAL INSURANCE COMPANY**, who suggest to this Honorable Court that all issues and claims have been settled and move to dismiss, with prejudice, all claims asserted by Plaintiff against Defendant in this legal action or that could have been asserted in this legal action, with each party to bear its own costs and attorney fees..

**WHEREFORE**, Plaintiff and Defendant pray that this Court issue an Order dismissing all claims in total against all Defendants, with prejudice, each party to bear their own costs and expenses.

Respectfully submitted

__s/ Jackie Dove Brown_____
**SYE J. BROUSSARD (#33035)**
**JACKIE DOVE BROUSSARD (# 33539)**
**VICTOR M. DANTIN (# 35462)**
BROUSSARD AND DOVE, APLC
7605 Park Avenue | Houma, Louisiana 70364
T: 985.868.4800 | F: 985.868.4899
E: Sye@BroussardDoveLaw.com
   Jackie@BroussardDoveLaw.com
   Vic@BroussardDoveLaw.com
*Attorneys for Plaintiff*

__s/ Karen M. Green_____
**CHRISTOPHER P. IEYOUB (#16978)**
**V. ED MCGUIRE, III (#23861)**
**KAREN M. GREEN (#39723)**
PLAUCHE. SMITH & NIESET
1123 Pithon Street
Post Office Drawer 1705
Lake Charles, Louisiana 70601/70602
T: 337-436-0522
F: 337-436-9637
E: cieyoub@psnlaw.com
   emcguire@psnlaw.com
   kgreen@psnlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLA BROWN | : | CIVIL ACTION NO.: 3:23-cv-01577 |
| VS. | : | JUDGE SHELLY D. DICK |
| STATE FARM GENERAL INSURANCE COMPANY | : | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS ORDERED that the claims filed on behalf of **DARLA BROWN** are hereby dismissed, with prejudice, with each party to bear their own costs and expenses.

BATON ROUGE, Louisiana, this _____ day of _____, 20_____.

_____
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA